THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. PETTIT, Appellant, against WILLIAM SCHROEDER, JR., as Chairman of the Sanitary Commission of the Department of Sanitation of the City of New York, Respondent.

(Argued October 4, 1934; decided October 23, 1934.)

560

*M. Allen Cutler* for appellant.

*Paul Windels, Corporation Counsel (Henry J. Shields* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.